**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **COMPLAINT** |
| **B&E INDUSTRIES, d/b/a SPIRIT STOP** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | **JURY TRIAL DEMAND** |
| | ) | |

## NATURE OF THE ACTION

This an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide relief to Jennifer Larsen and Michelle McRae.  The Commission alleges that Defendant,  B&E Industries, d/b/a Spirit Stop  (hereafter "Defendant"),   violated Title VII by subjecting  Jennifer Larsen and Michelle McRae to a hostile work  environment based upon their gender, Female.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §451, 1331, 1337, 1343, 1345.  This action is authorized and instituted pursuant to Section 706(1)(f) and (3) of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C §2000e-5(f) (1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2.      The employment practices alleged to be unlawful were committed within the

COMPLAINT

jurisdiction of the United States District Court for the Northern District of Texas.

## PARTIES

3.      Plaintiff, Equal Employment Opportunity Commission ( "Commission"), is
 an agency of the United States of America charged with the administration, interpretation and
enforcement of Title VII of the Civil Rights Act of 1964, as amended and is expressly authorized
to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4.      At all relevant times, Defendant  has continuously been and is now doing business
in the state of Texas and the city of  Abilene, and has continuously had at least fifteen
employees.

5.      At all relevant times, Defendant has continuously been an employer engaged in an
industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000e-
(b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit,  Jennifer Larsen and
Michelle McRae each filed a charge with the Commission alleging a violation of Title VII of the
Civil Rights Act of 1964, as amended, by the Defendant. All conditions precedent to the
institution of this lawsuit have been fulfilled.

7.      Since at least July 2006, the Defendant has engaged in unlawful
employment practices at its Abilene location in Texas, in violation of Section 703(a) (1) of Title
VII, 42 U.S.C. §2000e-2(a)(1) by subjecting Jennifer Larsen and Michelle McRae to a  hostile
work environment based upon their gender.

8.      The result of the foregoing practices has been to deprive Jennifer Larsen and

2

Michelle McRae of equal employment opportunities because of their gender.

9.    The unlawful employment practices complained of in paragraph 7 above were intentional.

10.   The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of  Jennifer Larsen and Michelle McRae.

## <u>PRAYER FOR  RELIEF</u>

Wherefore, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining the Defendant, its officers, successors, assigns, and all person in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of gender, or which facilitates, condones or encourages employees  to create a hostile environment based upon gender.

B.    Order the Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for Jennifer Larsen and Michelle McRae and eradicate the effects of its past and present unlawful unemployment practices.

C.    Order the Defendant to make whole Jennifer Larsen and Michelle McRae by providing appropriate pecuniary damages, including out-of-pocket expenses, and other affirmative relief necessary to eradicate the effects of the Defendant's unlawful employment practices.

D.    Order the Defendant to make whole Jennifer Larsen and Michelle McRae by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including but not limited to, emotional

pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, in amounts to be determined at trial.

      E.      Order the Defendant to pay Jennifer Larsen and Michelle McRae punitive damages for its malicious conduct or reckless indifference to their federally protected rights as described in paragraphs 7 and 10 above, in an amount to be determined at trial.

      F.      Grant such further relief as the Court deems necessary and proper in the public interest.

      G.      Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

      Respectfully submitted,

      RONALD S. COOPER
      General Counsel

      GWENDOLYN Y. REAMS
      Associate General Counsel

      /s/   Robert A. Canino
      ROBERT A. CANINO
      Regional Attorney
      Oklahoma State Bar No. 011782

      /s/  Toby W. Costas
      TOBY W. COSTAS
      Supervisory Trial Attorney
      Texas State Bar No. 04855720

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 Houston, 3rd Floor
Dallas, Texas 75202
(TEL)  (214) 253-2760
(FAX) (214)  253-2749